# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2025

## NO. 03-25-00476-CV

**Pamela Lynn Merry and Michael Don Merry, Appellants**

**v.**

**Ashley Louks, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the order signed by the trial court on April 2, 2025. Having reviewed the record, the Court holds that Pamela Lynn Merry and Michael Don Merry have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.